UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DALE L. BAKER,

   Plaintiff,

    v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

   Defendant.

No.  CV-10-0442-JTR

ORDER ADOPTING REPORT AND RECOMMENDATION

  **BEFORE THE COURT** is Magistrate Judge Rodgers' Report and Recommendation filed on September 26, 2013, recommending Plaintiff's complaint be dismissed, without prejudice, for the failure to effectuate timely service of the Complaint.  ECF No. 7.  Objections were due on or before October 10, 2013.  There being no objections filed, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's Complaint, **ECF No. 4**, is **DISMISSED, WITHOUT PREJUDICE**.

  **IT IS SO ORDERED**.  The District Court Executive is directed to file this Order, provide copies to Plaintiff and counsel for Defendant and **CLOSE** the file.

  DATED this 15th day of October, 2013.

          *s/Lonny R. Suko*

        _____

          LONNY R. SUKO
        UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1